**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BCL-RUBY DEVELOPMENT SAN MARCOS LLC, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 23-cv-04021 |
| v. | ) ) | Hon. Jeffrey I. Cummings |
| GRANT GARY, et al., | ) ) ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT AS OF JANUARY 21, 2025

Pursuant to this Court's Minute Entry of December 19, 2024, the parties hereby submit their Joint Status Report as of January 21, 2025:

**Discovery and Pending Motions**

    **A. Pending Motions**

There are no pending Motions.

    **B. Discovery Schedule**

The parties have each issued written discovery. The parties have agreed to respond to outstanding written discovery on or before February 7, 2025. There is a discovery scheduling order in place with respect to other discovery deadlines as follows:

    Fact discovery to conclude February 17, 2025;

    Expert disclosures on or before March 27, 2025;

    Rebuttal expert disclosures on or before June 2, 2025; and

    Expert oral discovery to conclude on July 17, 2025.

Dated: January 21, 2025

Respectfully submitted,

| | |
|---|---|
| **BCL- RUBY DEVELOPMENT SAN MARCOS LLC** | **GRANT GARY AND STEPHEN COSLIK** |
| By: */s/ Jamie L. Burns*<br>　　　One of Its Attorneys | By: */s/ Zachary D. Prendergast*<br>　　　One of Their Attorneys |
| Jason B. Hirsh (Bar No. 6283094)<br>Jamie L. Burns (Bar No. 6300120)<br>LEVENFELD PEARLSTEIN, LLC<br>120 S. Riverside Plaza, Ste. 1800<br>Chicago, Illinois 60606<br>(312) 346-8380 – Telephone<br>jhirsh@lplegal.com<br>jburns@lplegal.com<br>*Attorneys for Plaintiff* | Zachary David Prendergast (Bar No. 0081368)<br>Robbins Kelly Patterson & Tucker<br>312 Elm Street, Suite 2200<br>Cincinnati, OH 45202<br>(513) 721-3330 – Telephone<br>zprendergast@rkpt.com<br>*Attorney for Defendants* |

**CERTIFICATE OF SERVICE**

      I, Jamie L. Burns, an attorney, hereby certify that on January 21, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

                                                                       */s/Jamie L. Burns*